IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBIN L. JONES | * |
| Plaintiff, | * |
| v. | * Civil Action No. 8:12-cv-01334-WGC |
| WAL-MART STORES, INC., *et al.* | * |
| Defendants. | * |

## LINE OF DISMISSAL

TO THE CLERK:

Please mark all claims in the above-captioned case as SETTLED, SATISFIED, PAID, and DISMISSED WITH PREJUDICE.

Respectfully submitted,

_____  
Thomas C. Costello  
Anne L. Preston  
COSTELLO LAW GROUP  
409 Washington Avenue, Suite 410  
Towson, Maryland 21204  
Counsel for Plaintiff

_____  
Christopher R. Dunn, #05278  
DECARO, DORAN, SICILIANO,  
GALLAGHER & DEBLASIS, LLP  
17251 Melford Boulevard, Suite 200  
Bowie, Maryland 20715  
(301) 352-4950  
Fax - (301)352-8691  
Counsel for Defendants